## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Fnu Brunhilda, | Case No.: 21-CV-1299 (PJD/DTS) |
| Plaintiff, | |
| vs. | **NOTICE OF LIMITED APPEARANCE** |
| Purdue University Global and Indiana Commission of Higher Education, | |
| Defendants. | |

PLEASE TAKE NOTICE that the undersigned, Kyle R. Kroll of Winthrop & Weinstine, P.A., enters his appearance in the above-entitled action on behalf of Plaintiff, Fnu Brunhilda ("Plaintiff"), per Court permission, for the limited purposes of assisting and representing Plaintiff at the hearing on Defendants' pending motions to dismiss.

Plaintiff shall continue to be individually responsible for all other scheduled matters by Court order or operation of the Federal Rules of Civil Procedure including, but not limited to, appearances at hearings or depositions, and submitting responses to motions and discovery requests.

Dated: December 29, 2021              **WINTHROP & WEINSTINE, P.A.**

*s/ Kyle R. Kroll*
Kyle R. Kroll, #0398433
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
T: (612) 604-6400 │ F: (612) 604-6835
kkroll@winthrop.com

(Through the *Pro Se* Project)

23120110v1