UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Fnu Brunhilda, | Case No.: 21-CV-1299 (PJD/DTS) |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| Purdue University Global and Indiana Commission of Higher Education, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Rule 83.7 of the Local Rules, Kyle R. Kroll, of the law firm of Winthrop & Weinstine, P.A. hereby withdraws as counsel of record in the above-entitled action for Plaintiff. The undersigned had previously entered a limited appearance for the purpose of assisting Plaintiff during the February 2, 2022, motion to dismiss hearing. Given that hearing has concluded, the undersigned respectfully requests permission to withdraw. If granted, Plaintiff shall continue to be individually responsible for all other scheduled matters by Court order or operation of the Federal Rules of Civil Procedure including, but not limited to, appearances at hearings or depositions, and submitting responses to motions and discovery requests.

Dated: February 15, 2022	**WINTHROP & WEINSTINE, P.A.**

*s/ Kyle R. Kroll*
Kyle R. Kroll, #0398433
225 South Sixth Street, Suite 3500
Minneapolis, Minnesota 55402
T: (612) 604-6400 │ F: (612) 604-6835
kkroll@winthrop.com

(Through the *Pro Se* Project)

23420619v1