UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FNU BRUNHILDA, | ) |
|         Plaintiff, | ) |
| vs. | ) Case No. 0:21-cv-01299-PJS-DTS |
| PURDUE UNIVERSITY GLOBAL and INDIANA COMMISSION OF HIGHER EDUCATION, | ) |
|         Defendants. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CERTIFY DISPOSITIVE ISSUE FOR INTERLOCUTORY APPEAL AND STAY PROCEEDINGS PENDING APPEAL**

Defendant Purdue University Global, Inc. ("Defendant Purdue Global") has filed a Motion to Certify Dispositive Issue for Interlocutory Appeal and Stay Proceedings Pending Appeal. Good cause being shown, **IT IS HEREBY ORDERED** that:

1) Defendant Purdue Global's personal jurisdiction defense is hereby certified for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), and

2) this matter is hereby stayed pending the outcome of the appeal including all current case management deadlines are vacated.

**BY THE COURT:**

Dated: _____, 2022      _____
                                Judge, U.S. District Court, District of
                                Minnesota