UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fnu Brunhilda,

Plaintiff,

v.                                                                                          21-cv-1299 PJS/DJF

Purdue University Global, and
Indiana Commission of Higher Education,

Defendants.

## COST JUDGMENT

The costs of the Defendant, Purdue University Global, have been taxed and allowed by the Clerk of this Court against the Plaintiff, Fnu Brunhilda, as follows:

|  | **Claimed** | **Allowed** |
|---|---|---|
| Fees for Transcripts | $3,817.15 | $3,485.15 |
| Total | $3,817.15 | $3,485.15 |

Costs, therefore, are taxed against the Plaintiff, Fnu Brunhilda, in the amount of $3,485.15 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 7 days hereafter in accordance with Local Rule 54.3(c).

Dated at St. Paul, Minnesota, on December 5, 2023.

                                                                              KATE M. FOGARTY, CLERK