## TAXATION OF COSTS SUMMARY

Fnu Brunhilda,

Plaintiff,

v.  21-cv-1299 PJS/DJF

Purdue University Global, and
Indiana Commission of Higher Education,

Defendants.
_____
Defendant, Purdue University Global,
against Plaintiff, Fnu Brunhilda:

1. Fees for Transcripts:
   Claimed: $3,817.15      Allowed: $3,485.15
   Allowed: Sufficient explanation and documentation provided for transcript fees in the amount of $3,485.15 and no objection filed.
   Denied: $332.00.  See table below for explanation of denied transcript fees.

| Deponent / Transcript | Amount Claimed | Amount Allowed | Amount Denied | Reason for Denial |
|---|---|---|---|---|
| Brunhilda | $2,372.15 | $2,040.15 | $332.00 | Rough draft, litigation package, and delivery and handling not taxable by Clerk. |
| Brunhilda - video | $1,445.00 | $1,445.00 | $0.00 | N/A |
| **Totals** | **$3,817.15** | **$3,485.15** | **$332.00** | |

TOTAL ALLOWED:
$3,485.15

Dated: DECEMBER 5, 2023
K. Fogarty, Clerk

1